

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-12-00803-CV

Eugenia **MATA**,
Appellant

v.

Diane Elizabeth **VIDALES**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01924
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  August 7, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have settled their dispute. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM